No. 89–1913.   JOHNPOLL v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–1914.   DOWNIE ET AL. v. NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 89–1916.   VERNA v. COLER, SECRETARY, FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 89–1917.   KAY ET AL. v. CELLAR DOOR PRODUCTIONS, INC. OF MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 89–1919.   BARTH v. SILVER.   App. Ct. Conn.   Certiorari denied.

No. 89–1920.   REWALD v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–1923.   HENDRICK v. AVENT ET AL.   C. A. 5th Cir. Certiorari denied.

No. 89–1930.   POWELL v. ELLISON (POWELL).   Ct. App. N. C. Certiorari denied.

No. 89–1932.   SEALEY, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, SEALEY, ET AL. v. TOYOTA MOTOR CORP. Sup. Ct. Ore.   Certiorari denied.

No. 89–1933.   CHESAPEAKE PUBLISHING & ADVERTISING, INC., T/A THE MILITARY NEWS, ET AL. v. EASTERN PUBLISHING & ADVERTISING, INC., T/A ARMED FORCES NEWS.   C. A. 4th Cir.   Certiorari denied.

No. 89–1934.   BAYERLE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–1935.   DAMON v. CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 89–1936.   STEVENS ET UX. v. TAX ASSESSOR OF MAINE. Sup. Jud. Ct. Me.   Certiorari denied.